

# United States District Court
# Eastern District of California

| Gloria Jean Lax | Case Number: 2:25-cv-03188-JAM-SCR |
|---|---|
| Plaintiff(s) | |
| V. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Red Robin Burger and Spirits Emporiums | |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, David B. Carr hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Red Robin Burger and Spirits Emporiums

On __05/22/2006__ (date), I was admitted to practice and presently in good standing in the __State of Wisconsin__ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 12/08/2025     Signature of Applicant: /s/ David B. Carr

---

U.S. District Court – Pro Hac Vice Application     Page 1
Revised July 6, 2021

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | David B. Carr |
| Law Firm Name: | Husch Blackwell LLP |
| Address: | 511 North Broadway, Suite 1100 |
| City: | Milwaukee |
| State: | WI |
| Zip: | 53202 |
| Phone Number w/Area Code: | (414) 978-5483 |
| City and State of Residence: | Milwaukee, WI |
| Primary E-mail Address: | david.carr@huschblackwell.com |
| Secondary E-mail Address: | kari.thorpe@huschblackwell.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Ronald Tran |
| Law Firm Name: | Husch Blackwell LLP |
| Address: | 355 South Grand Ave, Suite 2850 |
| City: | Los Angeles |
| State: | CA |
| Zip: | 90071 |
| Phone Number w/Area Code: | (213) 337-6553 |
| Bar #: | 328209 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: December 29, 2025

_____
JUDGE, U.S. DISTRICT COURT